# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANI ALEXANDER,<br><br>    Plaintiff<br><br>v.<br><br>DANIEL BROWN,<br><br>    Defendant | Case No.: 2:20-cv-01072-APG-NJK<br><br>**Order Remanding Case to State Court** |

Based upon defendant Daniel Brown's response to my Order to Show Cause, I hereby remand this case to the state court from which it was removed for all further proceedings. The Clerk of the Court is instructed to close this case.

DATED this 6th day of July, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE